# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv02

| | |
|---|---|
| WILLIAM J. MOSS, III, RUDY R. MOSS, ) ) ) Plaintiffs, ) ) v. ) ) PAMELA S. NELLIS, et al., ) ) Defendants. ) _____ ) | **ORDER** |

Pending before the Court is the Unopposed Motion to Substitute Party [# 31]. Defendants/Third Party Plaintiffs Pamela S. Nellis, William R. Nellis, the Birches of Wildcat Cliffs, LLC, and Nellis Realty, LLC (collectively, "Defendants") move to add Le Bon Temps Roule', LLC ("Le Bon") as a third party defendant in this action. Le Bon is the proper legal entity subject to the claims in the Third Party Complaint. Counsel for Le Bon does not oppose the motion. Accordingly, the Court **GRANTS** the Motion [# 31] and **DIRECTS** the Clerk to add Le Bon Temps Roule', LLC as a Third Party Defendant in this action. The Court **DIRECTS** the parties to Show Cause in writing within ten (10) days of the entry of this Order whether Appalachian Golf Cars, LLC should remain a Third Party Defendant in this action or whether it may be dropped or dismissed as party defendant.

Signed: June 27, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge