# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12 CV 02

| | |
|---|---|
| WILLIAM J. MOSS, III, and JUDY R. MOSS, | ) ) ) |
| Plaintiffs | ) ) |
| V | ) **ORDER** |
| PAMELA S. NELLIS, et al, | ) ) ) |
| Defendants | ) |

**THIS MATTER** is before the court on Gary S. Hemric's Application for Admission to Practice *Pro Hac Vice* of Terry B. Millar. It appearing that Terry B. Millar is a member in good standing with the South Carolina Bar and will be appearing with Gary S. Hemric, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Gary S. Hemric's Application for Admission to Practice *Pro Hac Vice* (#43) of Terry B. Millar is **GRANTED**, and that Terry B. Millar is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gary S. Hemric.

Signed: July 31, 2012

Dennis L. Howell
United States Magistrate Judge