# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv02

| WILLIAM J. MOSS, III, RUDY R. MOSS, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| PAMELA S. NELLIS, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the Consent Motion for Discovery [# 70]. The parties move for leave to conduct the deposition of a witness after the close of discovery. For good cause shown, the Court **GRANTS** the motion [# 70]. To the extent the parties all consent to the deposition, the parties may take the deposition of Brian Durig after the close of discovery.

Signed: March 29, 2013

Dennis L. Howell
United States Magistrate Judge