THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00002-MR-DLH

| | |
|---|---|
| WILLIAM J. MOSS, III, and <br> JUDY R. MOSS, <br>       Plaintiffs, and <br> JUDITH TYNDAL, <br>       Intervenor Plaintiff, <br>       vs. <br> PAMELA S. NELLIS, WILLIAM R. NELLIS, THE BIRCHES OF WILDCAT CLIFFS, LLC, and NELLIS REALTY, LLC, <br>       Defendants/Third Party Plaintiffs, <br>       vs. <br> LE BON TEMPS ROULE, LLC d/b/a APPALACHIAN GOLF CARS, LLC, and WILLIAM TYNDAL, <br>       Third Party Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Report of the Mediator advising that this case has been settled. [Doc. 72]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**  Signed: April 12, 2013

Martin Reidinger
United States District Judge