THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00002-MR-DLH

| | |
|---|---|
| WILLIAM J. MOSS, III, and ) <br> JUDY R. MOSS, ) <br> ) <br>     Plaintiffs, and ) <br> ) <br> JUDITH TYNDAL, ) <br> ) <br>     Intervenor Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> PAMELA S. NELLIS, WILLIAM R. ) <br> NELLIS, THE BIRCHES OF ) <br> WILDCAT CLIFFS, LLC, and ) <br> NELLIS REALTY, LLC, ) <br> ) <br>     Defendants/Third ) <br>     Party Plaintiffs, ) <br> ) <br>     vs. ) <br> ) <br> LE BON TEMPS ROULE, LLC d/b/a ) <br> APPALACHIAN GOLF CARS, LLC, ) <br> and WILLIAM TYNDAL, ) <br> ) <br>     Third Party ) <br>     Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Report of the Mediator advising that this case has been settled. [Doc. 72]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**   Signed: April 12, 2013

Martin Reidinger
United States District Judge